Ms. Shawnte Anne LEVY,
Plaintiff-Appellant,

v.

WEXFORD HEALTH SOURCES, INC.; Maryland Department of Public Safety and Correctional Services; Mr. Gregg L. Hershberger, Commissioner; Mr. Frank B. Bishop, Warden, Defendants-Appellees.

No. 17-7160

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 1, 2018

Shawnte Anne Levy, Appellant Pro Se. Joseph Barry Chazen, Douglas Conrad Meister, Gina Marie Smith, MEYERS, RODBELL & ROSENBAUM, PA, Riverdale, Maryland; Dorianne Avery Meloy, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawnte Anne Levy appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible

error. Accordingly, we affirm for the reasons stated by the district court. *Levy v. Wexford Health Sources, Inc.*, No. 8:14-cv-03678-TDC (D. Md. Aug. 9, 2017). We deny Levy's motion for emergency physical examination and surgical treatment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*